ORIGINAL

FILED
2008 JAN -3 PM 1:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY FNH DEPUTY

JAMES A. RIDDLE, SBN NO. 112003
jriddle@thelen.com
THELEN REID BROWN RAYSMAN & STEINER, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Tel: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendant. | USDC Case No. '08 CV 0012 JM RBB<br><br>Superior Court of California, County of San Diego, Case No. 37-2007-00058493-CU-IC-NC<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a); §1446(a) (DIVERSITY JURISDICTION)** |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Defendant Great American Insurance Company ("Great American") hereby removes to this Court the state court action described below. Great American notices this removal pursuant to 28 U.S.C §§ 1332(a), 1441 and 1446(a).

1. On December 3, 20074, an action was commenced in the Superior Court of the State of California for the County of San Diego, entitled *Edge Logistics Services Corp. vs. Great American Insurance Company*, as case number 37-2007-

00058493-CU-IC-NC ("State Court Action").

2. A true and correct copy of the Complaint initiating the State Court Action, Civil Case Cover Sheet filed by plaintiff, and the Summons and Notice of Case Assignment issued by the State Court are attached hereto ("State Court Pleadings"). The State Court Pleadings are the only documents served upon Great American in the State Court Action.

3. The first date upon which Great American received a copy of the Summons and Complaint in the Action was December 4, 2007, when Great American's registered agent for service of process in California was served with the State Court Pleadings.

4. This Notice is timely filed in that it is filed within thirty days of service of the Complaint on Great American, the only defendant named in the State Court Action.

5. This case is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. section 1332(a) and one which may be removed by Great American pursuant to the provisions of section 1441(b) of Title 28 of the United States Code in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest and costs. As such, Great American removes this action to the United States District Court for the Southern District of California, which is the federal judicial district in which the State Court Action is pending.

6. Defendant Great American is a corporation organized and incorporated under the laws of the State of Ohio, with its principal place of business in Cincinnati, Ohio.

7. The Complaint in the State Action alleges that plaintiff Edge Logistics Service Corporation ("Edge Logistics") is a corporation organized and incorporated under the laws of the State of Nevada. Great American is informed and believes that Edge Logistics' principal place of business is not located in Ohio.

8. The amount in controversy in the State Court Action exceeds $75,000, exclusive of interest and costs, as alleged in the Prayer of Relief in the Complaint.

9. Plaintiff Edge Logistics and the clerk of the Superior Court for County of San Diego will be promptly be served with copies of this Notice of Removal. Because Great American is the sole defendant in the State Court Action, there is no need for consent to removal by others.

For all of the foregoing reasons, Great American respectfully submits that the State Court Action is removable to this Court under 28 U.S.C. §§ 1332(a), 1441 and 1446(a).

WHEREFORE, Defendant Great American prays that this action stand and remain removed from the Superior Court of the State of California for the County of San Diego to this Court.

Dated: January 2, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By [signature]
James A. Riddle
Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

# ATTACHMENT

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, and DOES 1 to 10,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
EDGE LOGISTICS SERVICES CORP.,
a Nevada Corporation,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER
*(Número del Caso):* 37-2007-00058493-CU-IC-NC

Vista Regional Center
325 S. Melrose Drive
Vista, CA 92083

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an ~~attorney, is:~~
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joshua Klugman, Esq.
11041 Santa Monica Blvd., No. 818
Los Angeles, CA 90025.
Phone: 310-477-9120 Fax: 310-477-9124

BY FA

DATE: DEC 0 3 2007 Clerk, by C. Terriquez, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010))*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*
3. ☒ on behalf of *(specify)*: GREAT AMERICAN INSURANCE COMPANY

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify)*:



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS | 325 S. Melrose |
| MAILING ADDRESS | 325 S. Melrose |
| CITY AND ZIP CODE: | Vista, CA 92081 |
| BRANCH NAME | North County |
| TELEPHONE NUMBER | (760) 806-6349 |

PLAINTIFF(S) / PETITIONER(S): Edge Logistics Services Corp.

DEFENDANT(S) / RESPONDENT(S): Great American Insurance Company

EDGE LOGISTICS SERVICES CORP. VS. GREAT AMERICAN INSURANCE COMPANY

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2007-00058493-CU-IC-NC |
|---|---|

Judge: Thomas P. Nugent Department: N-30

**COMPLAINT/PETITION FILED:** 12/03/2007

**CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW**

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Joshua Klugman, Esq. (236905)<br>11041 Santa Monica Blvd., No. 818<br>Los Angeles, CA 90025<br>TELEPHONE NO 310-477-9120 FAX NO 310-477-9124<br>ATTORNEY FOR (Name) Edge Logistics Services Corp. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS 325 S Melrose Drive<br>MAILING ADDRESS 325 S Melrose Drive<br>CITY AND ZIP CODE Vista, CA 92083<br>BRANCH NAME Vista Regional Center | |
| CASE NAME Edge Logistics Services Corp v Great American Insurance Company, and DOES 1 to 10. | |

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER 37-2007-00058493-CU-IC-NC |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE<br>DEPT |

BY FAX

*Items 1-5 below must be completed (see instructions on page 2)*

1. Check one box below for the case type that best describes this case.

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Collections (09)
- ☒ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigatio (Cal. Rules of Court, rules 1800-1812)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (*not specified above*) (43)

2. This case ☐ is ☒ is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision
3. Type of remedies sought (*check all that apply*):
   a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☒ punitive
4. Number of causes of action (*specify*): 3
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: December 3, 2007

Joshua Klugman
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

CIVIL CASE COVER SHEET

American Legal Net, Inc.
www.USCourtForms.com
Cal. Rules of Court, rules 201.8, 1800-1812
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

Joshua Klugman, Esq. (236905)
11041 Santa Monica Blvd., No. 818
Los Angeles, California 90025
Tel: (310) 477-9120
Fax: (310) 477-9124

Attorney for Plaintiff,
Edge Logistics Services Corp.

BY FAX

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO**

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY; an Ohio Corporation, and DOES 1 to 10,<br><br>Defendant. | **Case No.** 37-2007-00058493-CU-IC-NC<br><br>**COMPLAINT FOR:**<br><br>**(1) BREACH OF INSURANCE CONTRACT;**<br>**(2) BREACH OF THE IMPLIED CONVENANT OF GOOF FAITH AND FAIR DEALING;**<br>**(3) VIOLATION OF BUSINESS AND PROFESSIONS CODE 17200 ET SEQ.** |

**JURY TRIAL DEMANDED**

COMES NOW Plaintiff Edge Logistics Services Corp. (hereinafter "Edge") and alleges and cross-complains against Defendant Great American Insurance Company (hereinafter "Great American").

## PARTIES

1. Venue and jurisdiction are proper in this Court because Edge and Great American entered into an insurance policy (hereinafter "Policy") that is the subject of this lawsuit pending in the San Diego Superior Court, Central Division.

2. Edge is a Nevada corporation.

3. Great American is an Ohio corporation, authorized to do business in California.

4. Edge's dispute arises from a lawsuit in the County of San Diego, Case No. GIC 869711 where Edge demanded and Great American refused to provide representation, and has therefore breached an insurance policy, which is the subject of the matter herein.

5. Edge is ignorant of the true names and capacities of Defendants sued herein as DOES 1-10, inclusive, and therefore sue these DOE Defendants bv such fictitious names. The DOES may be further parties that owe Edge a duty to indemnify and defend. Edge will amend its Complaint to allege their true names and capacities when ascertained.

## FACTS COMMON TO ALL CAUSES OF ACTION

6. Great American contracted with Edge to provide insurance coverage for the matters referenced herein

7. The First Amended Complaint (**EXHIBIT A**) was filed by four individual Plaintiffs, James Carson, Jerald Carson, Brice Seriba and Francis Bruce against Edge on or about 10/19/06 and was served on Edge on or about 10/23/06.[1]

8. Edge made a demand for coverage under policy No. NSP5236279.

9. After approximately four months of accommodating Great American's multiple requests, Great American denied the demand, and failed to defend and/or indemnify.

11. Great American acted in bad faith when they denied coverage.

12. Edge herein makes this good faith lawsuit based on the contractual and fiduciary duties of the Policy as between Edge and Great American, that arise from the

[1] Subsequently a Second Amended Complaint was filed (EXHIBIT B).

underlying claims, and the First Amended Complaint, in San Diego County. Additionally, it is undisputed under California law that "California has a significant interest in assuring that injuries and losses suffered in this state are afforded insurance coverage." Southeastern Express Systems v. Southern Guar. Ins. Co. of Georgia, 34 Cal.App.4th 1, at 7 (1995).

## FIRST CAUSE OF ACTION
**(Breach Of Insurance Contract)**

13. Edge re-alleges and incorporates by this reference paragraphs 1 through 12, as if fully set forth herein.

14. Edge performed each and every obligation, condition, and covenant, as was reasonably and commercially possible at the time, absent lack of knowledge or occurrence, under the Policy with the Great American. Edge made a demand upon Great American to perform under the Policy, and Great American refused and failed to perform by misinterpreting the Policy in bad faith.

15. Great American failed to provide full coverage under California insurance law, by failing to defend, and indemnify Plaintiff as a party in a San Diego County lawsuit. Edge was an insured of Great American under the policy or any other policies Edge may have had with Great American.

16. The insurance provided for employment practices liability coverage. The eighth cause of action for "Wrongful Termination in violation of Public Policy; Retaliation" should trigger policy coverage.

17. Great American was notified of the claim and denied the claim after the claim was made. The claim is covered by the policy and damages were caused by Great American's breach of contract.

18. As a direct, proximate and reasonably foreseeable result of Great American's breach of the Policy, and as a probable consequential acts and omissions herein alleged, Edge has suffered and continues to suffer damages because HARTFORD failed to defend and indemnify this claim, including but not limited to the costs and fees associated with defending this action as well as the costs and attorney fees that Edge has to pay their customers for indemnification.

**SECOND CAUSE OF ACTION**
**(Breach Of The Covenant Of Implied Good Faith And Fair Dealing)**

19. Plaintiff re-alleges and incorporates by this reference paragraphs 1 through 18, as if fully set forth herein.

20. Edge entered into the Policy with the understanding and expectation that Great American would act in good faith and deal fairly when an occurrence, claim or damage resulted, including but not limited to attorney's fees, that would demand performance by Great American, pursuant to the bargained for benefit of the Policy.

21. Great American breached the implied covenant of good faith and fair dealing arising from the Policy by unreasonably withholding funds, engaging in unlawful insurance practices, misrepresenting the terms and conditions of the Policy, which represents a continuing tort, and is the direct and proximate cause of continuing damages to Edge.

22. Great American made a biased and unconscionable interpretation of the Policy when it refused to secure counsel for Edge.

**THIRD CAUSE OF ACTION**
**(Violation Of Business And Professions Code 17200 Et Seq)**

23. The acts of Great American constitute unlawful, unfair and fraudulent business practices in that they deprive Edge of insurance.

24. As a result of Great American's unlawful, unfair and fraudulent business practices, and unfair competition within the meaning of Business and Professions Code §17200 et seq., Edge has suffered damages as outlined below.

**PRAYER FOR RELIEF**

WHEREFORE, Edge prays for relief as follows:

A. For damages for breach of an insurance policy, of not less than $1,000,000.00.

B. For the tort of bad faith breach of the Covenant of Good Faith and Fair Dealing, in an amount of $3,000,000.00.

C. For damages for the Breach of Fiduciary Duties, in the amount of $1,000,000.00.

D. For consequential damages to Edge and its customers in the amount of $1,000,000.00.

E. For an Order demanding Defendant to come forward and either provide legal counsel or pay for the costs and fees of private counsel.

F. For judgment in an amount Plaintiff has expended as out-of-the-pocket expenses in defending themselves.

G. Damages for having to indemnify co-Defendants in the sum of $1,000,000.00.

H. For attorney fees in the enforcement of the Policy.

I. For Exemplary or Punitive Damages in the amount of $3,000,000.00.

J. Such other and further legal and equitable relief as this Court deems necessary, just and proper.

## JURY TRIAL DEMANDED

Edge demands a trial by jury on all claims properly triable by a jury.

By: Joshua Klugman
Attorney for Plaintiff,
Edge Logistics Services Corp.
Dated: December 3, 2007

Joshua Klugman

ORIGINAL

JS 44 (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 2008 JAN -3 PM 1:24 BY FAX

**I. (a) PLAINTIFFS**
EDGE LOGISTICS SERVICES CORP.

**DEFENDANTS**
GREAT AMERICAN INSURANCE CO., and DOES 1 through 10, inclusive

(b) County of Residence of First Listed Plaintiff Unknown
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Joshua Klugman, Esq.
11041 Santa Monica Blvd, No. 818
Los Angeles, CA 90025
Tel: (310) 477-9120

Attorneys (If Known)
'08 CV 0012 JM RBB
James A. Riddle, Esq.
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. 1332, 1441 and 1446(a)
Brief description of cause:
Breach of insurance contract

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND** $1,000,000
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE
January 4, 2008

SIGNATURE OF ATTORNEY OF RECORD
James A. Riddle

**FOR OFFICE USE ONLY**

RECEIPT # 146088 AMOUNT 350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

1/3/08

American LegalNet, Inc. www.FormsWorkflow.com

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 146088 - SR**

**January 03, 2008**
**13:26:41**

**Civ Fil Non-Pris**
USAO #.: 08CV0012 CIV. FIL.
Judge..: JEFFREY T MILLER
Amount.: $350.00 CK
Check#.: BC#7721

**Total-> $350.00**

FROM: EDGE LOGISTICS V.
GREAT AMERICAN INS. CO.,
CIVIL FILING