JAMES A. RIDDLE, SBN NO. 112003
jriddle@thelen.com
THELEN REID BROWN RAYSMAN & STEINER, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Tel: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No.: 08 CV 0012 JM RBB<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On January 7, 2008, I served the following entitled document:

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a); §1446(a) (DIVERSITY JURISDICTION)**

//////

//////

//////

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**Joshua Klugman**
**11041 Santa Monica Blvd., No. 818**
**Los Angeles, CA 90025**

☒ Said document was placed in an envelope designated by Federal Express and placed for collection in a box or other facility regularly maintained by said express service carrier with whom we have a direct billing account for payment of said delivery, to be delivered to the office of the addressee listed above on the next business day.

☐ Said document was placed in an envelope designated by Federal Express and was delivered to an authorized courier or driver authorized by said express service carrier with whom we have a direct billing account for payment of said delivery, to be delivered to the office of the addressee listed above on the next business day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 7, 2008, at San Francisco, California.

Sylvia Lee
Signature

Sylvia Lee
Print Name

**Lee, Sylvia**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, January 08, 2008 11:48 AM
**To:** Lee, Sylvia
**Subject:** FedEx Shipment 790911444032 Delivered

---

This tracking update has been requested by:

Company Name: Thelen Reid Brown Raysman & Steiner
Name: James Riddle
E-mail: 'not provided by requestor'

---

Our records indicate that the following shipment has been delivered:

Reference: 034726.000015/00439
Ship (P/U) date: Jan 7, 2008
Delivery date: Jan 8, 2008 11:43 AM
Sign for by: H.HAMID
Delivered to: Receptionist/Front Desk
Service type: FedEx Standard Overnight
Packaging type: FedEx Envelope
Number of pieces: 1
Weight: 0.50 lb.
Special handling/Services: Deliver Weekday

Tracking number: 790911444032

| Shipper Information | Recipient Information |
| --- | --- |
| James Riddle | Joshua Klugman |
| Thelen Reid Brown Raysman & Steiner | 11041 Santa Monica Blvd;# 818 |
| 101 Second Street;Suite 1800 | Los Angeles |
| San Francisco | CA |
| CA | US |
| US | 900253523 |
| 94105 | |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:48 PM CST on 01/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=790911444032

&language=en&opco=FX&clienttype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.