JOHN N. QUISENBERRY, ESQ. (SBN 94751)
THE QUISENBERRY LAW FIRM
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966

Attorneys for Plaintiff Edge Logistics Services Corp.

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.<br>Plaintiffs,<br>v.<br>GREAT AMERICAN INSURANCE COMPANY,<br>Defendant. | CASE NO. 08 CV 0012 JM RBB<br>**PLAINTIFF EDGE LOGISTICS SERVICES CORP.'S EX PARTE APPLICATION TO SUBSTITUTE IN THE QUISENBERRY LAW FIRM AS COUNSEL OF RECORD** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLAINTIFF EDGE LOGISTICS SERVICES CORP.** hereby submits this Ex Parte Application requesting that the Court approve Plaintiff's request to substitute in The Quisenberry Law Firm as counsel of record.

DATED: January 25, 2008

THE QUISENBERRY LAW FIRM

By:____________________
JOHN N. QUISENBERRY ESQ.
Attorneys for plaintiff EDGE LOGISTICS

## MEMORANDUM OF POINTS AND AUTHORITIES

Attorney Joshua Klugman initially filed the complaint on behalf of Plaintiff Edge Logistics Services Corp.("Edge Logistics"). Edge Logistics now requests that the Court permit it to substitute in as counsel of record The Quisenberry Law Firm. Attached is a signed substitution of attorney form showing that all parties, Edge Logistics, Joshua Klugman and The Quisenberry Law Firm agree to this substitution. Therefore, Edge Logistics requests that this Court grant this Ex Parte Application and allow The Quisenberry Law Firm to substitute in as Edge Logistic's counsel of record.

DATED: January 25, 2008

THE QUISENBERRY LAW FIRM
JOHN N. QUISENBERRY

By:______________________
JOHN N. QUISENBERRY
Attorney for Plaintiff EDGE LOGISTICS SERVICES CORP.

John N. Quisenberry
The Quisenberry Law Firm
2049 Century Park East, Suite 2200

Los Angeles, California 90067
(310) 785-7966

# UNITED STATES DISTRICT COURT
## Southern DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edge Logistics Services Corp.<br>Plaintiff(s)<br>v.<br>Great American Insurance Company<br>Defendant(s) | CASE NUMBER:<br>08 CV 0012 JM RBB<br><br>**SUBSTITUTION OF ATTORNEY** |

Edge Logistics Services Corp. (*Name of Party*) [x] Plaintiff [ ] Defendant [ ] Other ______

hereby substitutes John N. Quisenberry who is

[x] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per 2049 Century Park East, Suite 2200 (*Street Address*)

Los Angeles, California 90067 (*City, State, Zip Code*) (310) 785-7966 (*Telephone Number*) (310) 785-0254 (*Facsimile Number*) 94751 (*State Bar Number*)

as attorney of record in the place and stead of Joshua Klugman (*Present Attorney*)

Dated: 1/17/08

[signature] (*Signature of Party*)
Israel Denlow

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 1/17/08

[signature] (*Signature of Present Attorney*)
Joshua Klugman

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 1/17/08

[signature] (*Signature of New Attorney*)
John N. Quisenberry

---

**Substitution of Attorney is hereby [ ] Approved. [ ] Denied.**

Dated: ______

______
**United States District Judge / Magistrate Judge**

---

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov.**

**PROOF OF SERVICE - C.C.P. §1013a, 2015.5**

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on January 25, 2008, I caused to be served the copies of the attached:

**PLAINTIFF EDGE LOGISTICS SERVICES CORP.'S EX PARTE APPLICATION TO SUBSTITUTE IN THE QUISENBERRY LAW FIRM AS COUNSEL OF RECORD**

on the parties in said action as follows:

☒ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the ________ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2008, at Los Angeles, California.

| NICHOLAS HOBBS | Nicholas Hobbs |
|---|---|
| [Print Name] | [Signature] |

**SERVICE LIST**

James A. Riddle, Esq.
Thelen Reid Brown Raysman & Steiner, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorney for: Defendant Great American Insurance Company

Joshua Klugman, Esq.
Law Offices of Joshua Klugman
11041 Santa Monica Blvd., No. 818
Los Angeles, CA 90025
Telephone: (310) 477-9120
Facsimile: (310) 477-9124