UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGE LOGISTICS SERVICES CORP. | ) | Case No.08cv12 JM(RBB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF EDGE |
| | ) | LOGISTICS SERVICES CORP.'S EX |
| GREAT AMERICAN INSURANCE | ) | PARTE APPLICATION TO SUBSTITUTE |
| COMPANY, | ) | IN THE QUISENBERRY LAW FIRM AS |
| | ) | COUNSEL OF RECORD [Docket No. 5] |
| Defendants. | ) | |
| | ) | |

After reviewing plaintiff Edge Logistics Services Corp.'s Ex Parte Application to substitute in the Quisenberry Law Firm as counsel of record (Docket No. 5) and the attached signed substitution of attorney form, the Court issues the following order:

1.     The Quisenberry Law Firm has been substituted in as counsel of record for Plaintiff Edge Logistics Services Corp.;

2.     All further pleadings, notices and communications should be solely with The Quisenberry Law Firm; and

3.     Attorney Joshua Klugman is no longer counsel of record for Plaintiff Edge Logistics Services Corp.

IT IS SO ORDERED.

DATED:  January 29, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge