JAMES A. RIDDLE, CA BAR NO. 112003
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.,<br>Plaintiff,<br>vs.<br>GREAT AMERICAN INSURANCE COMPANY,<br>Defendant. | Case No.: 08 CV 0012 JM RBB<br>**GREAT AMERICAN INSURANCE COMPANY'S EX PARTE APPLICATION FOR LEAVE TO ATTEND NEUTRAL EVALUATION CONFERENCE BY TELEPHONE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

DEFENDANT GREAT AMERICAN INSURANCE COMPANY ("Great American") hereby submits this Ex Parte Application for leave permitting its non-lawyer representative to attend the February 1, 2008, Early Neutral Evaluation Conference by telephone.

Dated: January 30, 2008

THELEN REID BROWN RAYSMAN& STEINER LLP

By [signature]
James A. Riddle
Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

# APPLICATION

The court has scheduled an Early Neutral Evaluation Conference in this action for February 1, 200 8 ("Conference"). The Notice issued by the court provides that a "non-lawyer representative [of each party] with full and unlimited authority to enter into a binding settlement" shall be present at the Conference. Rule 16.1 of the Local Rules of the United States District Court for the Southern District of California provides that a parties' attendance at the Conference may be excused by the court for "good cause."

Great American's representative in this matter is Haralyn Isaac. Ms. Isaac's office is located near Chicago, Illinois. Ms. Isaac's mother, who lives in the Chicago area, is seriously ill. To attend to her mother's illness, Ms. Isaac must remain in or near the Chicago area for the immediate future. Ms. Isaac, however, can arrange to participate in the Conference by telephone. Accordingly, Great American requests permission from the court to allow Ms. Isaac to attend the Conference by telephone.

Before submitting this Application, I discussed the matter with Plaintiff's counsel. Counsel informed me that Plaintiff has no objection to Ms. Isaac attending the conference by telephone. Accompanying this Application is a Proposed Order Granting Leave to Attend Neutral Evaluation Conference by Telephone.

Dated: January 30, 2008

Respectfully submitted,

THELEN REID BROWN RAYSMAN&
STEINER LLP

By [signature]
James A. Riddle
Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY