UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP., <br><br> Plaintiff, <br><br> vs. <br><br> GREAT AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No.: 08 CV 0012 JM RBB <br><br> **ORDER GRANTING LEAVE TO ATTEND NEUTRAL EVALUATION CONFERENCE BY TELEPHONE** |

The court has scheduled an Early Neutral Evaluation Conference in this action for February 1, 200 8 ("Conference"). Defendant Great American Insurance Company has applied *ex parte* for leave permitting its representative, Ms. Haralyn Isaac, to attend the Conference by telephone. For good cause shown pursuant to Rule 16.1 of the Local Rules of the United States District Court for the Southern District of California, leave is granted permitting Ms. Isaac to attend the Conference by telephone.

SO ORDERED.

Dated: January 31, 2008

_____
RUBEN B. BROOKS
United States Magistrate Judge