**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EDGE LOGISTICS v. GREAT AMERICAN INSURANCE Case No. 08cv0012 JM(RBB)
**Time Spent: 45 mins.**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Heather McKeon | James Riddle |

PROCEEDINGS: X In Chambers ____ In Court ____ Telephonic

An early neutral evaluation conference was held. The Court disclosed that Great American Insurance may be its homeowner's insurer. The Court was mistaken. As a result, it will continue to participate in these proceedings.

A telephonic attorneys-only case management conference is set for March 18, 2008, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: February 1, 2008 IT IS SO ORDERED:

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Miller
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\EDGE0012\Minutes01.wpd