**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EDGE LOGISTICS v. GREAT AMERICAN INSURANCE Case No. 08cv0012 JM(RBB)
**Time Spent: 10 mins.**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Heather McKeon (present) | James Riddle (present) |

PROCEEDINGS: ____ In Chambers ____ In Court x Telephonic

A telephonic case management conference was held.

A settlement conference is set for April 24, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: March 18, 2008 IT IS SO ORDERED: [signature]

Ruben B. Brooks,
U.S. Magistrate Judge

INITIALS: VL (mg/irc) Deputy

cc: Judge Miller
All Parties of Record