JAMES A. RIDDLE, SBN NO. 112003
jriddle@thelen.com
THELEN REID BROWN RAYSMAN & STEINER, LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Tel: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.<br><br>Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>Defendant. | **Case No.: 08 CV 0012 JM (RBB)**<br><br>JOINT MOTION TO DISMISS |

In a writing effective May 28, 2008, Edge Logistics Service Corporation ("Edge") and Great American Insurance Company ("Great American") agreed to resolve this action in its entirety through settlement. As part of the settlement, Edge agrees to dismiss this action with prejudice. Hence, both Edge and Great American request that the court issue the proposed Order Granting Joint Motion to Dismiss that has been submitted to the Honorable Ruben B. Brooks, Magistrate Judge,

pursuant to the court's Minute Order dated April 24, 2008, a copy of which is attached hereto.

Dated: May 29, 2008

THELEN REID BROWN RAYSMAN & STEINER LLP

By [signature]
James A. Riddle
Attorneys for Defendant
GREAT AMERICAN INSURANCE COMPANY

THE QUISENBERRY LAW FIRM

By [signature]
Heather McKeon
Attorneys for Plaintiff
EDGE LOGISTICS SERVICES CORPORATION

# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

EDGE LOGISTICS v. GREAT AMERICAN INSURANCE

Case No. 08cv0012 JM(RBB)
**Time Spent: 1 hr**

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Heather McKeon (present) | James Riddle (present) |

PROCEEDINGS: X In Chambers ____ In Court ____ Telephonic

A settlement conference was held.

A settlement disposition conference will be held on June 3, 2008, at 8:00 a.m., in the chambers of Magistrate Judge Brooks **UNLESS AN ORDER GRANTING A JOINT MOTION TO DISMISS THE CASE HAS BEEN ENTERED PRIOR TO THE SCHEDULED SETTLEMENT DISPOSITION CONFERENCE. IN ALL CASES WHERE ELECTRONIC FILING IS REQUIRED, THE PARTIES SHALL ELECTRONICALLY FILE A JOINT MOTION TO DISMISS THIS CASE BY May 27, 2008. IN ADDITION, THE PARTIES SHALL E-MAIL A PROPOSED ORDER GRANTING THE JOINT MOTION TO JUDGE BROOKS'S OFFICIAL E-MAIL ADDRESS (efile_brooks@casd.uscourts.gov) PREFERABLY IN WORDPERFECT FORMAT, WITH A COPY OF THE E-MAIL AND PROPOSED ORDER BEING SENT TO OPPOSING COUNSEL.**

**IN CASES INVOLVING PRO SE LITIGANTS OR WHERE ELECTRONIC FILING IS NOT REQUIRED, THE ORIGINAL AND COPIES OF A SIGNED JOINT MOTION TO DISMISS THIS CASE AND PROPOSED ORDER GRANTING THE JOINT MOTION SHALL BE HAND-DELIVERED OR MAILED TO MARCIA GARCIA, LEGAL ASSISTANT, CHAMBERS OF MAGISTRATE JUDGE BROOKS, 940 FRONT STREET, RM. 1185, SAN DIEGO, CA, 92101, PRIOR TO May 27, 2008. IF THE JOINT MOTION AND PROPOSED ORDER HAVE NOT BEEN SUBMITTED, A SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON June 3, 2008, at 8:00 a.m. IN THE CHAMBERS OF MAGISTRATE JUDGE BROOKS.**

The joint motion for dismissal will be reviewed by Magistrate Judge Brooks and then forwarded to the district judge. If a joint motion cannot be submitted on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain why the joint motion was not submitted.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by the parties and counsel shall accompany the joint motion to dismiss. Consent forms are available in the Clerk's office or on-line.**

**Monetary sanctions may be imposed for failure to comply with this order.**

DATE: April 24, 2008

IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Miller
All Parties of Record

INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\EDGE0012\Minutes03.wpd

**Lee, Sylvia**

---

**From:** efile_information@casd.uscourts.gov

**Sent:** Friday, April 25, 2008 2:37 PM

**To:** casd.uscourts.gov@casd.uscourts.gov

**Subject:** Activity in Case 3:08-cv-00012-JM-RBB Edge Logistics Services Corp. v. Great American Insurance Company et al Set Hearings

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**Southern District of California**

## Notice of Electronic Filing

The following transaction was entered on 4/25/2008 at 2:37 PM PDT and filed on 4/25/2008

**Case Name:** Edge Logistics Services Corp. v. Great American Insurance Company et al

**Case Number:** 3:08-cv-12

**Filer:**

**Document Number:** 13

**Docket Text:**

**Minute Order for proceedings held before Magistrate Judge Ruben B. Brooks: a Settlement conference was held. A Settlement Disposition Conference set for 6/3/2008 08:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (tkl)**

**3:08-cv-12 Notice has been electronically mailed to:**

John Nolan Quisenberry jquisenberry@quislaw.com, lmcclary@quislaw.com

James A. Riddle jriddle@thelen.com, sylee@thelen.com

**3:08-cv-12 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/25/2008] [FileNumber=2560693-0