**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

EDGE LOGISTICS v. GREAT AMERICAN INSURANCE Case No. 08cv0012 JM(RBB)

**Time Spent:** _____

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Heather McKeon | James Riddle |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The settlement disposition conference on June 3, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on May 30, 2008.

DATE: May 30, 2008

IT IS SO ORDERED: [signature]
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Miller
All Parties of Record

INITIALS: VL (mg/irc) Deputy