# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE LOGISTICS SERVICES CORP.,<br>Plaintiff,<br>vs.<br>GREAT AMERICAN INSURANCE COMPANY,<br>Defendant. | CASE NO. 08cv0012 JM(RBB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

For good cause shown, the court grants the parties' joint motion to dismiss the action with prejudice. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: September 4, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties